UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

ERIN TURNER,                                   Civil No. 08-5339 (JRT/RLE)

         Plaintiff,

v.

SUNTRUST BANKS, INC.,                                   **ORDER**

         Defendant.

_____

Thomas Lyons, Jr, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Brent Lindahl and Mark Schroeder**, BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402**,** for defendant.

This matter is before the Court on the stipulation for extension of briefing schedule filed by the parties in this matter on July 16, 2009 [Docket No. 19].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The parties' stipulation is approved.

2. The Court's briefing schedule for defendant's motion to dismiss is hereby extended. Plaintiff shall have until August 6, 2009, to file her response to the motion to dismiss. Defendant shall have until August 14, 2009, to file its reply in support of the motion to dismiss.

DATED: July 17, 2009
at Minneapolis, Minnesota.                         _____s/John R. Tunheim_____
                                                                          JOHN R. TUNHEIM
                                                        United States District Judge