# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

ERIN TURNER,                                            Civil No. 08-5339 (JRT/RLE)

                              Plaintiff,

v.

                                                        **ORDER  FOR DISMISSAL**

SUNTRUST BANKS, INC.,

                              Defendant.

_____

Thomas Lyons, Jr., **CONSUMER JUSTICE CENTER, PA,** 367 commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Brent Lindahl and Mark Schroeder, **BRIGGS & MORGAN,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendant.


 This matter is before the Court on the stipulation of dismissal [Docket No. 26], filed by the parties on November 5, 2009.

**IT IS HEREBY ORDERED** that:

1.      This action is dismissed in its entirety, each party to bear its own fees, costs, and expenses; and

2.      The claims of Plaintiff against Defendant are hereby dismissed on the merits, with prejudice.

 LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 6, 2009
at Minneapolis, Minnesota.              _____s/John R. Tunheim_____
                                            JOHN R. TUNHEIM
                                        United States District Judge